DAREN H. LIPINSKY (State Bar No. 190955)
TAYLOR E. DEROSA (State Bar No. 319853)
**RIZIO LIPINSKY LAW FIRM PC**
5811 Pine Avenue, Suite A
Chino Hills, CA 91709
(909) 620-1800 / (909) 597-6199 Fax

BRYAN L. McNALLY (State Bar No. 250290)
**McNALLY LAW FIRM**
5811 Pine Avenue, Suite A
Chino Hills, CA  91709
(909) 597-2445 / (909) 597-6199 Fax

Attorneys for Plaintiff, JESSICA DIAZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA DIAZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDEX GROUND PKG SYSTEM, INC., A Delaware Corporation; FEDEX GROUND PACKAGE SYSTEM, INC. and DOES 1-100, Inclusive,<br><br>　　　　Defendants. | Case No.  5:23-cv-1156-SVW-MARx<br><br>[District Judge:<br>Hon. Stephen V. Wilson, Courtroom 10A<br>Magistrate Judge:<br>Hon. Margo A. Rocconi, Courtroom 790]<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  02/17/2023 |

TO THE COURT:

///

///

///

///

///

///

In accordance with Local Rule 16-15.7, Plaintiff hereby notifies the Court that the lawsuit has been settled, and requests sixty (60) days in which to file a Stipulation and Order for Dismissal.

Dated: October 25, 2023

RIZIO LIPINSKY LAW FIRM PC
McNALLY LAW FIRM

_____
DAREN H. LIPINSKY
TAYLOR DEROSA
BRYAN L. McNALLY
Attorneys for Plaintiff,
JESSICA DIAZ

# PROOF OF SERVICE

UNITED STATES OF AMERICA  )
                          ) ss.
STATE OF CALIFORNIA       )

I am a resident of the State of California, County of San Bernardino. I am over the age of eighteen years and not a party to the within action. My business address is 5811 Pine Avenue, Suite A, Chino Hills, California 91709.

On October 25, 2023, I served on the interested parties in this action the within document(s) entitled:

## NOTICE OF SETTLEMENT

[X] **BY COURT'S CM/ECF SYSTEM** – Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the person(s) listed below.

[ ] **BY ELECTRONIC SERVICE (C.C.P. § 1010.6(a)(6))** - the parties listed below were served electronically with the document(s) listed above by e-mailed PDF files. The transmission was reported as complete and without error. My electronic notification address is 5811 Pine Avenue, Suite A, Chino Hills, California 91709. My e-mail address is msambrano@riziolawfirm.com.

| Shaun J. Voigt, Esq.<br>Alyssa L. Graf, Esq.<br>Fisher & Phillips LLP<br>444 S. Flower Street, Suite 1500<br>Los Angeles, CA 90071<br>(213) 330-4486 / Office<br>(213) 330-4501 / Fax<br>Emails: svoigt@fisherphillips.com<br>agraf@fisherphillips.com | **Attorneys for Defendant:**<br>**FEDEX GROUND PACKAGE SYSTEM, INC.** |

[ ] **STATE:** I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

1

PROOF OF SERVICE

[X] **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court at whose direction this service was made.

Executed on October 25, 2023, at Chino Hills, California.

_____
MARY ELLEN SAMBRANO